**DISMISS; and Opinion Filed June 30, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00678-CR
No. 05-14-00679-CR
No. 05-14-00680-CR

**SENRICK WILKERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F08-60213-J, F10-01183-J, F10-01184-J**

## MEMORANDUM OPINION

Before Justices Moseley, O'Neill, and FitzGerald
Opinion by Justice O'Neill

Senrick Wilkerson filed a motion to receive credit towards his sentences for the time he was on bond following his arrest until he was sentenced in these cases. The trial court denied the motion by written order. These appeals followed. We conclude we have no jurisdiction over the appeals.

"Jurisdiction concerns the power of a court to hear and determine a case." *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). The jurisdiction of an appellate court must be legally invoked, and, if not, the power of the court to act is as absent as if it did not exist. *See id.* at 523. As a general rule, an appellate court may consider appeals by criminal defendants only after conviction. *Wright v. State*, 969 S.W.2d 588, 589 (Tex. App.—Dallas 1998, no pet.). A court of appeals has no jurisdiction over an appeal absent a written judgment or an appealable

order.  *See Gutierrez v. State*, 307 S.W.3d 318, 321 (Tex. Crim. App. 2010); *Nikrasch v. State*, 698 S.W.2d 443, 450 (Tex. App.—Dallas 1985, no pet.).

An order denying a motion seeking nunc pro tunc relief is not appealable.  *See Sanchez v. State*, 112 S.W.3d 311, 312 (Tex. App.—Corpus Christi 2003, no pet.) (per curiam); *Everett v. State*, 82 S.W.3d 735 (Tex. App.—Waco 2002, pet. ref'd); *Allen v. State*, 20 S.W.3d 164, 165 (Tex. App.—Texarkana 2000, no. pet.).  *See also State v. Ross*, 953 S.W.2d 748, 751–52 (Tex. Crim. App. 1997) (suggesting mandamus as way to seek relief from ordering denying motion for judgment nunc pro tunc).

We dismiss the appeals for want of jurisdiction.


/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

140678F.U05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

SENRICK WILKERSON, Appellant

No. 05-14-00678-CR    V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 3, Dallas County, Texas
Trial Court Cause No. F08-60213-J.
Opinion delivered by Justice O'Neill,
Justices Moseley and FitzGerald
participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 30th day of June, 2014.



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

SENRICK WILKERSON, Appellant

No. 05-14-00679-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 3, Dallas County, Texas
Trial Court Cause No. F10-01183-J.
Opinion delivered by Justice O'Neill,
Justices Moseley and FitzGerald
participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 30th day of June, 2014.



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

SENRICK WILKERSON, Appellant

No. 05-14-00680-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 3, Dallas County, Texas
Trial Court Cause No. F10-01184-J.
Opinion delivered by Justice O'Neill, Justices Moseley and FitzGerald participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 30th day of June, 2014.